# Exhibit A



# THE UNITED STATES OF AMERICA

### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.

№ 1370465



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twelfth day of November, 1985.

Commissioner of Patents and Trademarks

Int. Cl.: 33

Prior U.S. Cl.: 49

**United States Patent and Trademark Office**

Reg. No. 1,370,465
Registered Nov. 12, 1985

## TRADEMARK
### PRINCIPAL REGISTER



MAKER'S MARK DISTILLERY, INC. (KENTUCKY CORPORATION)
SUITE 208
1000 LINCOLN INCOME CENTER
LOUISVILLE, KY 40205

FOR: WHISKY, IN CLASS 33 (U.S. CL. 49).
FIRST USE 5-19-1958; IN COMMERCE 9-27-1958.
THE STIPPLING SHOWN IN THE MARK OF THE DRAWING IS FOR SHADING PURPOSES ONLY.

THE MARK CONSISTS OF A WAX-LIKE COATING COVERING THE CAP OF THE BOTTLE AND TRICKLING DOWN THE NECK OF THE BOTTLE IN A FREEFORM IRREGULAR PATTERN.

SER. NO. 526,578, FILED 3-12-1985.

ELLEN M. DEVINE, EXAMINING ATTORNEY



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO. 1370465     SERIAL NO. 73/526578     PAPER NO.
MAILING DATE: 05/15/91

MARK: (MISCELLANEOUS DESIGN)

REGISTRANT: MAKER'S MARK DISTILLERY, INC.

CORRESPONDENCE ADDRESS:
JOHN M. ROMMEL
KENYON & KENYON
1025 CONNECTICUT AVE., N.W.
WASHINGTON, DC 20036

Please furnish the following
in all correspondence:

1. Your phone number and zip code.
2. Mailing date of this action.
3. Affidavit-Renewal Examiner's name.
4. The address of all correspondence not containing fees should include the words "Box 5".
5. Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.

_____
FRANCES A. PFOHL
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 557-1988



ENTERED
5/22/91

Int. Cl.: 33

Prior U.S. Cls.: 47 and 49

**United States Patent and Trademark Office**

Reg. No. 2,690,813
Registered Feb. 25, 2003

## TRADEMARK
### PRINCIPAL REGISTER



MAKER'S MARK DISTILLERY, INC. (KENTUCKY CORPORATION)
1000 LINCOLN INCOME CENTER
6200 DUTCHMAN'S LANE, SUITE 103
LOUISVILLE, KY 40205

  FOR: WHISKY, IN CLASS 33 (U.S. CLS. 47 AND 49).

  FIRST USE 0-0-1958; IN COMMERCE 0-0-1958.

  OWNER OF U.S. REG. NO. 1,370,465.

  THE DRAWING IS LINED FOR THE COLOR RED AS APPLIED TO THE SEAL THAT EXTENDS DOWN THE NECK OF A BOTTLE.

  THE MARK CONSISTS OF THE COLOR RED AS APPLIED TO THE SEAL THAT EXTENDS DOWN THE NECK OF A BOTTLE. THE MATTER SHOWN IN THE DRAWING IS BROKEN LINES SERVES ONLY TO SHOW POSITIONING OF THE MARK AND NO CLAIM IS MADE TO IT.

  SER. NO. 76-416,905, FILED 6-4-2002.

DARLENE BULLOCK, EXAMINING ATTORNEY